Rec. 068421

ORIGINAL

FILED

JUL 31 2008

U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| KDI DISTRIBUTION, INC. | |
| v. | No. 08-550 T |
| THE UNITED STATES | |

**COMPLAINT**

KDI Distribution, Inc. d/b/a Krossland Communications ("KDI"), brings this action for refund of telephone excise taxes in the amount of $3,387,438.30 collected by KDI's supplier of prepaid telephone cards ("PTCs"), Locus Telecommunications Inc. ("Locus"). In Notice 2007-11, the Internal Revenue Service conceded that the telephone excise tax has been misapplied to the PTCs purchased by transferees such as KDI, and stated that such transferees were entitled to a refund of this tax. Locus, however, both before the IRS and in this Court, has claimed the right to these refunds, stating that it bore the economic burden of the tax. Because the IRS has sensibly refused to refund the excise tax paid by KDI to either KDI or Locus until this Court determines which party is entitled to the refund, KDI has filed this Complaint, and an accompanying notice of directly related cases and motion to consolidate. In addition, KDI has filed a motion for leave to intervene in Locus's refund suits.

Plaintiff, by its attorneys, for its complaint herein, alleges as follows:

1. KDI brings this action under §§ 6532 and 7422 of the Code (26 U.S.C. §§ 6532 and 7422) for a refund of Federal excise taxes collected by Locus from KDI and paid to

the Defendant United States of America from March 1, 2003 through July 31, 2006, and statutory interest.

## THE PARTIES

2. KDI is a California corporation whose corporate headquarters and principal place of business are located at 7771 Stanton Ave., Buena Park, CA 90620.
3. KDI's Employer Identification Number is 33-0824201.
4. Locus is an FCC licensed common carrier, providing interstate and international prepaid telephone service.
5. Locus is located at 111 Sylvan Ave., Englewood Cliffs, NJ 07632.
6. Defendant is the United States of America.

## JURISDICTION AND VENUE

7. Jurisdiction is conferred upon this Court by 28 U.S.C. § 1491.
8. Venue is proper in this Court pursuant to 28 U.S.C. § 1491.

## FACTS AND LAW

9. KDI seeks to recover Federal excise taxes in the amount of $3,387,438.30, with interest as provided by law.
10. KDI paid the taxes at issue from March 1, 2003 through July 31, 2006.
11. During this period of time, KDI purchased international PTCs from Locus.
12. As required by § 4291 of the Code, Locus collected Federal excise tax from KDI in an amount of $3,387,438.30, remitted the tax to the Internal Revenue Service, and reported the tax on Forms 720.
13. On or about August 2, 2007, KDI timely filed claims for refund on a Form 8913 attached to KDI's amended federal income tax return for the year 2006. These claims satisfied the requirements of §§ 6532 and 7422 of the Code.

14. Attached hereto as Exhibit A is a true and correct copy of the Form 8913 filed for March 1, 2003 through July 31, 2006 by KDI.

15. The Internal Revenue Service has not allowed any of these claims for refund. More than six months has passed since the filing of the refund claims.

16. Section 4251(a) of the Code imposes an excise tax on amounts paid for "communications services." The tax is imposed on the "person paying for such services."

17. Section 4251(d)(1)(B) of the Code states that when "communications services" are sold through PTCs, "that amount shall be treated as paid when the card is transferred by any telecommunications carrier to any person who is not such a carrier."

18. Locus is an FCC licensed common carrier, providing interstate and international prepaid telephone service.

19. KDI, as the first non-carrier in the PTC distribution chain, is the taxpayer entitled to seek a refund of the tax paid on the PTCs KDI purchased from Locus.

20. In Notice 2007-11, 2007-5 I.R.B. 405, the IRS explicitly stated that "PTC[s] will be treated as nontaxable service unless a PTC expressly states it is for local-only service." *Id.* at § 6(a)(1).

21. Because none of the international PTCs at issue in this refund request state that the cards are for local-only service, the tax paid on these cards should be refunded.

22. In a letter dated June 20, 2008, the Service denied the portion of KDI's refund claim that was paid through Locus because: (1) KDI "signed an irrevocable consent letter to allow Locus ... to recover the refunds of the federal excise taxes for which it has

filed with the" IRS; and (2) Locus "is currently involved in litigation with the government concerning its entitlement to the refund of telephone excise taxes." On information and belief, the litigation referenced in the Service's letter is Court of Federal Claims case Nos. 05-1184T and 06-277T, captioned as *Locus Telecommunications, Inc. v. United States.*

23. The Service should not have attached any significance to the "irrevocable consent letter" because: (1) KDI promptly revoked the "consent" and copied the IRS on the revocation well before Locus sought a refund of the excise tax collected from KDI; (2) Locus obtained the "consent" through fraud and intimidation; and (3) the "consent" was unsupported by consideration.

24. Locus's refund claims in this Court are similarly meritless because with respect to communications excise taxes Locus was a collection agent, not a taxpayer, and it has not demonstrated that it bore the economic burden of the tax. As such, Locus is not entitled claim a refund of the taxes it collected from KDI.

25. By reason of the foregoing, KDI has overpaid its Federal excise tax for the period March 1, 2003 through July 31, 2006.

26. Defendant has refused or failed to refund any part of the overpayment.

27. KDI is the sole owner of this claim and has made no assignment or transfer of any part of this claim.

WHEREFORE, KDI prays for judgment against the United States in the sum of $3,387,438.30 representing overpayments in tax, interest thereon as provided by law, and such other and further relief that this Court deems equitable and proper.

Respectfully submitted,

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block and Boothby, LLP
2001 L Street, NW, Suite 900
Washington, DC 20036
202-857-2550
Fax 202-223-0833

Counsel for KDI Distribution, Inc.

Dated: 7/31/08

# Attachment

# KDI Distribution, Inc. Form 8913

Form **8913**

Department of the Treasury
Internal Revenue Service

# Credit for Federal Telephone Excise Tax Paid

▶ See the separate instructions.

▶ Attach to your income tax return.

OMB No. 1545-2051

**2006**

Attachment Sequence No. **63**

| Name(s) as shown on your income tax return | Identifying number |
|---|---|
| KDI Distribution, Inc. DBA Krossland Communications, Inc. | 33-0824201 |

Enter the federal telephone excise tax billed during each period as listed in column (a) of lines 1–14 below.

By filing this form, you are certifying that you (1) have not received from your service provider a credit or refund of the tax paid on long distance service or bundled service billed after February 28, 2003, and before August 1, 2006, and (2) will not ask your provider for a credit or refund or have withdrawn any request submitted to the provider for a credit or refund.

**Caution.** See the instructions for explanations of the services that qualify for a credit or refund of the federal telephone excise tax.

**Amount of federal excise tax on long distance or bundled service only**

| (a) Bills dated during: | (b) Long distance service | | (c) Bundled service | | (d) Tax credit or refund (add columns (b) and (c)) | | (e) Interest (see instructions) | |
|---|---|---|---|---|---|---|---|---|
| 1 March, April, and May 2003 | $ | | $ 17,916 | 18 | $ 17,916 | 18 | $ 3,705 | 22 |
| 2 June, July, and August 2003 | | | 32,622 | 45 | 32,622 | 45 | 5,876 | 31 |
| 3 September, October, and November 2003 | | | 33,867 | 12 | 33,867 | 12 | 5,877 | 23 |
| 4 December 2003; January and February 2004 | | | 49,017 | 60 | 49,017 | 60 | 7,914 | 64 |
| 5 March, April, and May 2004 | | | 126,185 | 01 | 126,185 | 01 | 18,595 | 27 |
| 6 June, July, and August 2004 | | | 326,815 | 08 | 326,815 | 08 | 45,518 | 20 |
| 7 September, October, and November 2004 | | | 313,622 | 10 | 313,622 | 10 | 41,414 | 26 |
| 8 December 2004; January and February 2005 | | | 363,605 | 25 | 363,605 | 25 | 45,062 | 17 |
| 9 March, April, and May 2005 | | | 392,197 | 53 | 392,197 | 53 | 44,658 | 68 |
| 10 June, July, and August 2005 | | | 426,295 | 59 | 426,295 | 59 | 43,897 | 24 |
| 11 September, October, and November 2005 | | | 443,633 | 91 | 443,633 | 91 | 40,109 | 22 |
| 12 December 2005; January and February 2006 | | | 494,420 | 94 | 494,420 | 94 | 38,747 | 01 |
| 13 March, April, and May 2006 | | | 608,471 | 79 | 608,471 | 79 | 39,641 | 44 |
| 14 June and July 2006 | | | 386,004 | 90 | 386,004 | 90 | 19,513 | 86 |
| 15 Add lines 1–14 in columns (d) and (e) | | | | | $ 4,014,675 | 45 | $ 400,528 | 77 |
| 16 Total credit or refund requested. Add columns (d) and (e) on line 15. Enter here and on Form 1040, line 71; Form 1040A, line 42; Form 1040EZ, line 9; Form 1040EZ-T, line 1a; Form 1040NR, line 69; Form 1040NR-EZ, line 21; Form 1120, line 32g; Form 1120-A, line 28g; Form 1120S, line 23d; Form 1041, line 24f; Form 1041-N, line 17; Form 1065, line 23; Form 990-T, line 44f; or the proper line of other returns ▶ | | | | | | | $ 4,415,204 | 22 |