ORIGINAL

FILED
JUL 31 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| KDI DISTRIBUTION, INC.<br><br>v.<br><br>THE UNITED STATES | No. 08-550 T |

**RCFC 7.1 DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1(a), KDI Distribution, Inc. d/b/a Krossland Communications ("KDI"), declares that KDI has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Henry D. Levine
Stephen J. Rosen
Levine, Blaszak, Block and Boothby, LLP
2001 L Street, NW, Suite 900
Washington, DC 20036
202-857-2550
Fax 202-223-0833

Counsel for KDI Distribution, Inc.

Dated: 7/31/08